1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KOHEN DIALLO UHURU,                         No.  2:20-cv-1664 TLN KJN P

12                     Plaintiff,

13            v.                                   ORDER

14    R. SINGH, et al.,

15                     Defendants.

16

17           Plaintiff filed a motion for extension of time to file objections to the January 22, 2021

18    findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

19           1.  Plaintiff's motion for an extension of time (ECF No. 29) is granted; and

20           2.  Plaintiff is granted thirty days from the date of this order in which to file objections.

21    Dated:  February 9, 2021

22

23                                                KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE
24

25    uhur1664.36

26

27

28