UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>            Plaintiff,<br><br>     v.<br><br>R. SINGH, et al.,<br><br>            Defendants. | No.  2: 20-cv-1664 TLN KJN P<br><br><br><u>ORDER</u> |

     Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On February 26, 2021, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days.  (ECF No. 32.)  On March 23, 2021, defendant Scamurra filed a motion to opt out of the Post-Screening ADR Project.  (ECF No. 35.)  Good cause appearing, defendant Scamurra's motion to opt out is granted.

     Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the Post-Screening ADR Project (ECF No. 35) is granted;
2. The stay in this action is lifted;

////

////

////

1

3. Within thirty days of the date of this order, defendant Scamurra shall file a response to plaintiff's amended complaint.

Dated: March 25, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Uh1664.opt