UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>Plaintiff,<br><br>v.<br><br>R. SINGH, et al.,<br><br>Defendants. | No. 2: 20-cv-1664 TLN KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for entry of default against defendant Scamurra. (ECF No. 41.) For the reasons stated herein, plaintiff's motion for entry of default is denied.

On March 25, 2021, the undersigned ordered defendant Scamurra to file a response to plaintiff's amended complaint within thirty days. (ECF No. 37.) On April 26, 2021, defendant Scamurra filed an answer. (ECF No. 39.) In the pending motion, plaintiff argues that defendant Scamurra's answer is untimely because it was filed beyond the thirty-days deadline.

Thirty days from March 25, 2021, was Saturday, April 24, 2021. Because the thirty-days deadline fell on a Saturday, defendant had until Monday, April 26, 2021, to file a response to plaintiff's complaint. Fed. R. Civ. P. 6(a)(1)(C). Therefore, the answer filed April 26, 2021, is timely.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for entry of default (ECF No. 41) is denied.

Dated: May 18, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Uh1664.def

2