UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>  Plaintiff,<br><br> v.<br><br>R. SINGH, et al.,<br><br>  Defendants. | No. 2: 20-cv-1664 TLN KJN P<br><br>ORDER & FINDINGS & RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 20, 2021 and October 5, 2021, orders served on plaintiff were returned unserved and marked "refused." Based on plaintiff's refusal to accept orders from the court, the undersigned recommends that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that defendants' summary judgment motion (ECF No. 49) and motion to stay discovery (ECF No. 50) are vacated; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 6, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Uh1664.fr

2