UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. SINGH, et al.,<br><br>　　　　　Defendants. | No. 2: 20-cv-1664 TLN KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, defendant is ordered to inform the court of the status of plaintiff's access to his legal property.

　　　　On August 10, 2021, defendant filed a summary judgment motion and a motion to stay discovery. (ECF Nos. 49, 50.) On October 22, 2021, the undersigned granted plaintiff thirty days to file his oppositions to defendant's motions. (ECF Nos. 54.)

　　　　In the October 22, 2021 order, the undersigned observed that on October 18, 2021, plaintiff informed the court that he was placed in a mental health crisis bed in August 2021. (ECF No. 53.) Plaintiff claimed that while in the mental health crisis bed, he was denied access to his legal property and writing pens. (Id.) Based on plaintiff's ability to prepare his October 18, 2021 pleading, the undersigned found that plaintiff was able to prosecute this action. (ECF No. 54.)

////

1

On November 1, 2021, plaintiff filed a pleading titled "Opposition to Defendant's Summary Judgment Motion…" (ECF No. 57.) In this pleading, plaintiff alleges that he is still housed in a mental health crisis bed. (Id. at 1.) Plaintiff alleges that his legal materials were confiscated on August 11, 2021.[1] (Id. at 1-2.)

Good cause appearing, IT IS HEREBY ORDERED that within ten days of the date of this order, defendant shall inform the court of the status of plaintiff's access to his legal property regarding the instant action, including at the present time and when he filed his opposition to defendant's summary judgment motion; if plaintiff does not have access to his legal property regarding the instant action, defendants shall inform the court when prison officials anticipate plaintiff will have access to these materials.

Dated: November 15, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Uh1664.ord

---

[1] In his opposition, plaintiff alleges that he is not allowed to have a pen in his cell. (ECF No. 57 at 2.) Plaintiff's ability to prepare his opposition demonstrates that plaintiff has access to writing implements.

2